UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America Plaintiff(s), v. Norge Mastrangelo Defendant(s). | Case No: 14-70421 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) |

I, **Bruno V. Gioffre, Jr., Esq.**, an active member in good standing of the bar of **USDC - SDNY**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Norge Mastrangelo** in the above-entitled action. My local co-counsel in this case is **Julia Jayne, Esq. of Jayne Law Group**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 2900 Westchester Avenue, Suite 200 Purchase, NY 10577 | 260 California Street, Suite 1001 San Fransico, CA 94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (914) 522-6267 | (415) 623-3600 |
| My email address of record: | Local co-counsel's email address of record: |
| bruno@bgioffrelaw.com | julia@jaynelawgroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **BG-7598**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/28/14

 *[signature]*
 APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Bruno V. Gioffre, Jr.** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

 UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER *October 2012*