# United States District Court

## Southern District of New York

### Certificate of
### Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

BRUNO VINCENT GIOFFRE JR. , Bar # BG7598

was duly admitted to practice in this Court on

AUGUST 2, 1999 , and is in good standing as a member of the Bar of this Court.

300 Quarropas Street
Dated at White Plains, New York

on MARCH 27, 2014

CLERK
Ruby J. Krajick
Clerk

by

Deputy Clerk