1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   S. WAQAR HASIB (CABN 234818)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Susan.Badger@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )  No. CR 14-0196 CRB
14                                     )
         Plaintiff,                    )  STIPULATED MOTION AND [PROPOSED]
15                                     )  ORDER TO SET DATE FOR SENTENCING FOR
     v.                                )  DEFENDANT NORGE MASTRANGELO AND
16                                     )  FOR REFERRAL TO UNITED STATES
   KWOK CHEUNG CHOW, et al.            )  PROBATION OFFICE
17                                     )
         Defendants.                   )
18  _____)

19
          Norge Mastrangelo, a defendant in the above-captioned case, entered guilty pleas pursuant to a
20
   plea agreement with the United States, but has not yet been sentenced. At this point in time, the
21
   defendant has completed his obligations under the plea agreement and there is no reason not to go
22
   forward with sentencing. The parties have agreed to request that the Court schedule sentencing as to
23
   Mr. Mastrangelo on January 16, 2019 at 10:00 a.m. The parties further request that the Court order
24
   ///
25
   ///
26
   ///
27
   ///
28

CR 14-0196 CRB                                  1

a referral to the United States Probation Office so that it can initiate preparation of the Presentence Report.

IT IS SO STIPULATED.

DATED: August 23, 2018　　　　　　　　　　　　Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
WILLIAM FRENTZEN
S. WAQAR HASIB
Assistant United States Attorneys

DATED:  August 22, 2018

/s/
BRUNO GIOFFRE
Counsel for Norge Mastrangelo

[PROPOSED] ORDER

Upon the stipulated motion of the parties and good cause appearing, IT IS HEREBY ORDERED THAT sentencing as to defendant Norge Mastrangelo in the above-captioned case is scheduled for January 16, 2019 at 10:00 a.m.  The matter is hereby referred to the United States Probation Office in San Francisco for preparation of the Presentence Report.

IT IS SO ORDERED.

CHARLES R. BREYER
United States District Judge